**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex. rel. Maureen Gearhart et al.,** | * | **Case No. 1:20-cv-970** |
| | * | |
| | * | **Judge Matthew R. Byrne** |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| | * | |
| **REMEDI SENIORCARE HOLDING CORPORATION, et al.,** | * | |
| | * | |
| Defendants. | | |

---

**Order Granting The United States' Motion for Entry of the Consent Judgment and Settlement Agreement**

---

The United States seeks entry of the Consent Judgment and Settlement Agreement agreed to between the United States, Relators Maureen Gearhart and Laura Griffieth, and Defendant Remedi Seniorcare Holding Corporation. (Doc. 25.) For good cause shown, **IT IS ORDERED** that the Consent Judgment and Settlement Agreement should be entered in favor of the United States in the amount of $5,389,780 (the "Settlement Amount") against Defendant Remedi Seniorcare Holding Corporation as to the federal claims in this case.

**IT IS SO ORDERED**.

Date: November 18, 2026

Matthew R. Byrne
United States District Judge