**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**
**ex. rel. Maureen Gearhart et al.,**

Plaintiffs,

v.

**REMEDI SENIORCARE**
**HOLDING CORPORATION, et al.,**

Defendants.

**Case No. 1:20-cv-970**

**Judge Matthew R. Byrne**

---

## Order

---

It is hereby **ORDERED** that Plaintiffs District of Columbia, State of Colorado, State of Delaware, State of Florida, State of Georgia, State of Illinois, State of Indiana, State of Louisiana, State of Maryland, State of Michigan, State of Minnesota, State of New Hampshire, State of Oklahoma, State of Rhode Island, State of Tennessee, State of Texas, State of Virginia (the "State Plaintiffs") have up to and including Wednesday, January 20, 2027 to file either a Joint Statement of Dismissal with Relator or a status update regarding the state claims.

**IT IS SO ORDERED**.

Date: November 18, 2026

Matthew R. Byrne
United States District Judge